## ELLIOTT *v.* BLACKMON.

GILBERT, J. The exception is to a judgment refusing to set aside a judgment. In an equitable proceeding Blackmon obtained a judgment against Elliott. Elliott filed a motion to set aside the judgment. On conflicting evidence the court did not err in denying the motion.

Judgment affirmed. All the Justices concur.

No. 7631. APRIL 18, 1930. REHEARING DENIED MAY 19, 1930.

*Morris Macks* and *J. A. Warbington,* for plaintiff in error.
*John H. Payne,* contra.